```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

**CIVIL ACTION NO. 1:14-cv-633 (WOB)**

**BRIAN PETERS, ET AL**                                                      **PLAINTIFFS**

**VS.**                                           <u>**ORDER**</u>

**SUNTRUST BANKS, INC., ET AL**                                              **DEFENDANTS**

This matter is before the Court on Defendants' Motion to Dismiss (Doc. 9). The Court heard oral argument on March 12, 2015. Charles Lester and Benjamin Maraan represented Plaintiffs Brian Peters and Jenny Peters. Jonathan Secrest represented Defendants SunTrust Banks, Inc., SunTrust Bank, and SunTrust Mortgage, Inc. Official court reporter Joan Averdick recorded the proceedings. Without passing on the validity of all claims, the Court holds that the complaint states a cause of action.

Therefore, the Court being advised,

**IT IS ORDERED**

(1) That Defendants' motion to dismiss (Doc. 9) be, and hereby is, **DENIED**;

(2) That all pending and future discovery matters are referred to Magistrate Judge Karen L. Litkovitz. An Order of Reference shall enter concurrently herewith;

(3) That the parties shall have until **December 11, 2015,** to complete discovery herein; and

(4) That dispositive motions shall be due **30 days** following the close of discovery.

This 16th day of March, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

TIC: 20 min.